UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IFOS INTERNATIONALE FONDS SERVICE AG,    :

           Plaintiff,    :

    -against-    :

VIVENDI, S.A., JEAN-MARIE MESSIER
and GUILLAUME HANNEZO,    :

           Defendants.    :

No. **07 CIV 7802**

JURY TRIAL DEMANDED



RECEIVED SEP 0 4 2007 U.S.D.C. S.D.N.Y. CASHIERS

### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for IFOS Internationale Fonds Service AG ("IFOS") certifies that (1) IFOS is wholly owned by Verwaltungs und Privatbank AG ("VP Bank"), which is traded on the SWX Swiss stock exchange under the ticker "VPB"; and (2) there is no publicly-held corporation other than VP Bank that owns more than 10% of IFOS.

The undersigned, counsel of record for IFOS, certifies that they are not aware of any interested parties other than those participating in the case.

Dated: New York, NY
September 4, 2007

**GRANT & EISENHOFER P.A.**

By: Jim Sabella

Stuart M. Grant (SG-8157)
James J. Sabella (JS-5454)
Diane Zilka (DZ-9452)
Christine M. Mackintosh
485 Lexington Avenue
29th Floor
New York, NY 10017
(646) 722-8500

**DIAZ REUS ROLFF & TARG LLP**
Alexander Reus (AR-4674)
100 SE Second Street, Suite 2610
Miami, Florida 33131
Telephone: (786) 235-5000
Facsimile: (786) 235-5005

*Attorneys for Plaintiff*