

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IFOS INTERNATIONALE FONDS SERVICE AG,

    Plaintiff,

-against-

VIVENDI, S.A., JEAN-MARIE MESSIER
and GUILLAUME HANNEZO,

    Defendants.

No. 07-Civ.-7802 (RJH)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08
```

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff IFOS Internationale Fonds Service AG, by and through its undersigned counsel, hereby voluntarily dismisses, without prejudice, the above-captioned action.

Dated: New York, NY
       January 31, 2008

SO ORDERED

[signature]
US DJ
2/4/08

**GRANT & EISENHOFER P.A.**

By: _s/ James J. Sabella_
Stuart M. Grant (SG-8157)
James J. Sabella (JS-5454)
Diane Zilka (DZ-9452)
Christine M. Mackintosh
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone: (646) 722-8500
Facsimile: (646) 722-8501

**DIAZ REUS ROLFF & TARG LLP**
Alexander Reus (AR-4674)
100 SE Second Street, Suite 2610
Miami, Florida 33131
Telephone: (786) 235-5000
Facsimile: (786) 235-5005

*Attorneys for Plaintiff*