UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE VIVENDI UNIVERSAL, S.A. SECURITIES LITIGATION<br><br>This Memorandum of Law relates to:<br><br>ALL ACTIONS CONSOLIDATED WITH IN RE VIVENDI UNIVERSAL, S.A. SECURITIES LITIGATION | 02 Civ. 5571 (RJH/HBP)<br>ECF CASE |

## NOTICE OF MOTION OF DEFENDANTS FOR
## PARTIAL SUMMARY JUDGMENT AGAINST ALL PLAINTIFFS

PLEASE TAKE NOTICE that, upon the Memorandum of Law dated August 15, 2008, the Declaration of Jessica R. Buturla, executed on August 15, 2008, with exhibits thereto, the Statement Pursuant to Civil Rule 56.1 and all prior pleadings and proceedings herein, Defendants Vivendi, S.A., Universal Studios, Inc., Jean-Marie Messier and Guillaume Hannezo hereby move this Court, before Judge Richard J. Holwell, at the Courthouse, 500 Pearl Street, New York, New York, for partial summary judgment pursuant to Fed. R. Civ. P. on certain claims brought by the above-captioned Plaintiffs under Sections 11 and 12(a)(2) of the Securities Act of 1933, Section 10(b) of the Securities and Exchange Act of 1934, and Rule 10b-5 promulgated thereunder, Section 18 of the Securities and Exchange Act of 1934, as well as claims for common law fraud and negligent misrepresentation, as set forth in more detail in the

- 2 -

accompanying memorandum of law; and granting such other and further relief as the Court deems just and proper.

August 15, 2008.

         CRAVATH, SWAINE & MOORE LLP,

    by */s/ Paul C. Saunders*
          Paul C. Saunders
          Daniel Slifkin
          Timothy G. Cameron
          Members of the Firm

          Worldwide Plaza
          825 Eighth Avenue
          New York, NY 10019
          (212) 474-1000
          psaunders@cravath.com

*Attorneys for Defendants Vivendi, S.A. and Universal Studios, Inc.*

WEIL GOTSHAL & MANGES LLP

 James W. Quinn
 Jonathan D. Polkes
 Penny P. Reid

 767 Fifth Avenue
 New York, NY 10153
 (212) 310-8000
 james.quinn@weil.com

*Attorneys for Defendants Vivendi, S.A. and Universal Studios, Inc.*

KING & SPALDING LLP

Michael J. Malone
Paul A. Straus
Lisa Albert

1185 Avenue of the Americas
New York, NY 10036
(212) 556-2136
pstraus@kslaw.com

*Attorneys for Defendant Jean-Marie Messier*

SCHULTE ROTH & ZABEL LLP

Martin L. Perschetz
Michael E. Schwartz
Einat Philip

919 Third Avenue
New York, NY 10022
(212) 756-2247
martin.perschetz@srz.com

*Attorneys for Defendant Guillaume Hannezo*

TO:

Michael Gluck, Esq.
Michael C. Spencer, Esq.
   Milberg Weiss LLP
      One Pennsylvania Plaza, 49th Floor
         New York, NY 10119

*Co-lead Counsel for Class Action Plaintiffs in No. 02 Civ. 5571*

Stephen T. Rodd, Esq.
Richard B. Margolies, Esq.
　Abbey Spanier Rodd & Abrams, LLP
　　212 East 39th Street
　　　New York, NY 10016

*Co-lead Counsel for Class Action Plaintiffs in No. 02 Civ. 5571*

Brian C. Kerr, Esq.
　Dreier LLP
　　499 Park Avenue
　　　New York, NY 10022

*Attorney for Class Action Plaintiff and Class Representative Miami Beach in No. 02 Civ. 5571*

Paul F. Enzinna, Esq.
　Baker Botts LLP
　　1299 Pennsylvania Avenue, N.W.
　　　Washington, DC 20004

*Attorneys for Liberty Media Plaintiffs in No. 03 Civ. 2175*

Vincent R. Cappucci, Esq.
　Entwistle & Cappucci LLP
　　280 Park Avenue
　　　26th Floor West
　　　　New York, NY 10017

*Attorneys for Plaintiff GAMCO Investors, Inc. in No. 03 Civ. 5911*

Diane Zilka, Esq.
　Grant & Eisenhofer P.A.
　　Chase Manhattan Centre
　　　1201 North Market Street
　　　　Wilmington, DE 19801

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 7370, 07 Civ. 7779, 07 Civ. 7778, 07 Civ. 7776, 07 Civ. 7775, 07 Civ. 7803, 07 Civ. 7863, 07 Civ. 8208, 07 Civ. 953, 07 Civ. 11485, 08 Civ. 0024, 08 Civ. 0116, 08 Civ. 0117, 08 Civ. 1938, 08 Civ. 01985*

- 5 -

Anthony J. Harwood, Esq.
   Labaton Sucharow LLP
      140 Broadway
         New York, NY 10005

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 5742, 07 Civ. 10995, 07 Civ. 11305, 07 Civ. 11483, 07 Civ. 11484, 08 Civ. 0418*

Michael Elsner, Esq.
   Motley Rice LLC
      28 Bridgeside Boulevard
         Mount Pleasant, SC 29464

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 8830, 07 Civ. 10578, 07 Civ. 10954, 07 Civ. 11628, 08 Civ. 0950, 08 Civ. 1111, 08 Civ. 01983*

Stuart L. Berman, Esq.
   Schiffrin Barroway Topaz & Kessler, LLP
      280 King of Prussia Road
         Radnor, PA 19087

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 8156, 07 Civ. 9929, 07 Civ. 11092, 08 Civ. 1973, 08 Civ. 1974, 08 Civ. 1975*